```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/17/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raymond Fagan,

                Plaintiff,

-against-

William H. Sadlier, Inc.,

                Defendant.

22 Civ. 10065 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed stipulation for a protective order. ECF No. 20. The proposed protective order states that the order "will survive the termination of the litigation." *Id.* ¶ 20. The Court shall not retain jurisdiction over the proposed protective order following the termination of the litigation. In addition, the proposed protective order includes language that appears to bind the Court in the event that the parties seek to enforce the terms of the protective order. *Id.* ¶ 21. The parties are directed to delete that language. Accordingly, by **March 24, 2023**, the parties shall submit a revised proposed protective order.

    SO ORDERED.

Dated: March 17, 2023
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge