UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raymond Fagan,

                          Plaintiff,

       -against-

William H. Sadlier, Inc.,

                         Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/6/2023__

22 Civ. 10065 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the party's stipulation and proposed order of dismissal. ECF No. 28. The parties must indicate whether the dismissal is pursuant to Federal Rule of Civil Procedure 41. Accordingly, by **June 8, 2023**, the parties shall submit a revised stipulation and proposed order of dismissal.

    SO ORDERED.

Dated: June 6, 2023
       New York, New York

                                                    ANALISA TORRES
                                        United States District Judge